the payment of their claim. This contention is based upon a false assumption. The title to the goods, under the facts alleged in the complaint, which are confessed by the demurrer, never passed to Melone Brothers, and they could convey none by the mortgage to the bank, for it had notice through its manager of all the facts constituting the fraud, and their seizure of the goods amounted to a conversion for which they are liable to the owners.

It may be urged that the stockholders of the corporation ought not to be held to a loss on account of the unauthorized acts of DeSteiguer. But the answer to this is, they placed him in this position; they intrusted their interests to his management and keeping, and if in carrying on their business he perpetrated a fraud upon innocent persons, they who made it possible for him to perpetrate the fraud must suffer, rather than those who are in no wise responsible for his actions.

The judgment of the district court is reversed with direction to overrule the defendant's demurrer to the complaint, and for further proceedings.

Dale, C. J., having presided in the court below, and Bierer, J., having been of counsel, not sitting; all the other Justices concurring.

---

Isaac Silverstein and David Daniels, *Partners Composing the Firm of I. Silverstein & Co.*, v. National Bank of Guthrie.

*Error from the District Court of Logan County.*

*Keaton & Cotteral*, for plaintiffs in error.

*E. B. Green* and *Harper S. Cunningham*, for defendant in error.

The opinion of the court was delivered by

BURFORD, J.: This case involves the same question that was decided in *Johnston Fife Hat Co. v. National Bank of Guthrie,* decided at this time, p. 17, this volume, and on the authority of that case, the judgment of the district court is reversed and cause remanded with directions to the court below to overrule the demurrer to the complaint and for further proceedings.

———

ISAAC SANGER, PHILIP SANGER, ALEX SANGER, *Partners Composing the Firm of Sanger Brothers,* v. THE NATIONAL BANK OF GUTHRIE.

*Error from the District Court of Logan County.*

*Keaton & Cotteral,* for plaintiffs in error.

*E. B. Green* and *Harper S. Cunningham,* for defendant in error.

The opinion of the court was delivered by

BURFORD, J.: This case involves the same question that was decided in *Johnston Fife Hat Co. v. National Bank of Guthrie,* decided at this time, p. 17, this volume, and on the authority of that case, the judgment of the district court is reversed and cause remanded with directions to the court below to overrule the demurrer to the complaint and for further proceedings.